NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES R. ARNOLD,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3073

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-09-0965-C-1.

---

## ON MOTION

---

## O R D E R

James R. Arnold moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                      ARNOLD v. MSPB

                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

s24